IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE R. COX and SANDRA S. COX,      NO.  MISC.S-05-0474 WBS DAD PS

       Petitioners,

  v.                                     ORDER

UNITED STATES OF AMERICA,

       Respondent.

_____/

       Petitioners initiated this action by filing a petition to quash administrative summonses served on third parties by the Internal Revenue Service, although petitioners did not notice the matter for hearing.  Respondent now has filed written opposition to the petition, requesting that the petition be denied.  Respondent also requests that this matter be set for hearing.

       Accordingly, IT IS HEREBY ORDERED that:

       1.  A hearing on petitioners' petition to quash is SET for **February 3, 2006,** at **10:00 a.m.** in Courtroom 27 before the undersigned.  All parties shall appear at that hearing personally or

1  through counsel if represented by an attorney.  To arrange telephonic
2  appearance the parties may contact Pete Buzo at least two days in
3  advance of the hearing at (916) 930-4128;
4      2.  Any reply by petitioners to respondent's written
5  opposition shall be filed with the court and served on all parties on
6  or before January 27, 2006; and
7      3.  Respondent is directed to serve a copy of this order
8  upon third parties Bank of America, Dovenmuehle Mortgage, Inc., US
9  Bank and Gold Country Bank as soon as possible and file proof of such
10 service with the court.  Any written response by the third parties
11 may be filed on or before January 27, 2006.
12 DATED: January 6, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:th
Ddad1\orders.civil\cox0474.hearing

2