IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMIE R. COX and SANDRA S. COX,

    Petitioners,

vs.

UNITED STATES OF AMERICA,

    Respondent.

No. MISC.S-05-0474 WBS DAD PS

<u>ORDER</u>

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

On February 6, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed February 6, 2006, are adopted in full; and

2. Petitioners Jimmie R. Cox and Sandra S. Cox's petition to quash the administrative summonses issued to Bank of America; Dovenmuchle Mortgage, Inc; U.S. Bank; and Gold Country Bank is denied.

DATED: February 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/cox0474.jo

2